IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20241
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CRAIG MICHAEL COSCARELLI,
a/k/a John Coscarelli,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-0120-1
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Craig Michael Coscarelli pleaded guilty to conspiracy to commit mail fraud, wire fraud, using a false name, and money laundering.  Coscarelli's plea agreement contained a waiver of the right of appeal of any sentence imposed within the statutory maximum.  He was sentenced within the statutory minimum. Coscarelli now seeks review of the district court's sentence. The Government argues that Coscarelli waived the right to appeal.

---

[*]     Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

Our review of the record shows that Coscarelli knowingly and voluntarily waived his right to appeal the sentence imposed by the district court.  <u>United States v. Melancon</u>, 972 F.2d 566, 568 (5th Cir. 1992); <u>United States v. Portillo</u>, 18 F.3d 290, 293 (5th Cir.), <u>cert. denied</u>, 115 S. Ct. 244 (1994).

APPEAL DISMISSED.